**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| US CAPITAL/NOBLE CAPITAL TEXAS REAL ESTATE INCOME FUND, LP,<br><br>Plaintiff,<br><br>v.<br><br>JADON NEWMAN, et al.,<br><br>Defendants. | Case No. 1:22-CV-652-DAE<br><br>**PLANTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, NOBLE CAPITAL FUND MANAGEMNENT, LLC ON COUNT TWELVE OF SECOND AMENDED COMPLAINT** |

Plaintiff, US CAPITAL/NOBLE CAPITAL TEXAS REAL ESTATE INCOME FUND, LP (the "Fund"), by and through the undersigned counsel and pursuant to Rule 55(a)&(b)(1) of the Federal Rules of Civil Procedure, hereby files and serves this Motion for Entry of Clerk's Default Judgment against Defendant, Noble Capital Fund Management, LLC. ("NCFM"), on Count Twelve of Second Amended Complaint.

1.  On January 31, 2024, the Magistrate Judge recommended that NCFM's motion to dismiss Count Twelve of Plaintiff's Second Amended Complaint be denied. [Dkt #24 ]. NCFM filed objections to the recommendation [Dkt#25]. On March 7, 2024, the District Court denied NCFM's objection, thereby denying NCFM's motion to dismiss Count Twelve of the Second Amended Complaint for breach of contract against NCFM. [Dkt# 27 at pgs.17-18 & 21-22].

2.  Rule 12(a)(4(a), Fed. R. Civ. Pro., afforded NCFM 14 days after the District Court's Order in which file a pleading in response to Count Twelve. That deadline was

March 21, 2024, and NCFM has filed nothing, nor sought an extension of time. Therefore, NCFM is in default.

3. Count Twelve of the Plaintiff's Second Amended Complaint is for "Breach of Contract" against Noble Capital Fund Management, LLC, as NCFM breached the parties' Master Advisory Services Agreement by stealing Fund assets. The amount of damages caused by the breach is $24,472,000.00, an amount certain, as evidenced by the attached affidavit.

WHEREFORE, the Plaintiff requests the Clerk to enter a default judgment against Noble Capital Fund Management, LLC, on Count Twelve of the Plaintiff's Second Amended Complaint for breach of contract in the amount of $24,472,000.00, plus interest and costs, with jurisdiction maintained for the determination of costs, including attorney's fees upon timely application.

Respectfully submitted,
SHEEHY, WARE, PAPPAS & GRUBBS, P.C.

By: */s/ Joseph A. Garnett*_____
Joseph A. Garnett
Fed. Adm. No. 8307
State Bar No. 07680600
jgarnett@sheehyware.com
2500 Two Houston Center
909 Fannin
Houston, Texas 77010
Telephone: (713) 951-1000
Facsimile: (713) 951-1199

**ATTORNEY FOR PLAINTIFF**
**NOBLE CAPITAL TEXAS REAL ESTATE INCOME FUND LP**

**CERTIFICATE OF SERVICE**

I certify that this document was served on all counsel of record via the Court's CM/ECF system on April 4, 2024.

                                            */s/ Joseph A. Garnett*
                                            Joseph A. Garnett